# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HORNBECK OFFSHORE OPERATORS, LLC

VERSUS

SCHOTTEL, INC.

NO. 2026 CW 0061

MAY 18, 2026

---

In Re: Schottel, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2025-12271.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY DENIED; WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT